IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BSI GROUP LLC and                                                                                   PLAINTIFFS
INTERNATIONAL BUSINESS
SOLUTIONS GROUP LLC

v.                                CASE NO. 3:23-CV-00127-BSM

EZBANC CORP., EVOLVE
BANK & TRUST, and SOLID
FINANCIAL TECHNOLOGIES, INC.                                                       DEFENDANTS

## ORDER

Since February 4, 2025, EZBanc Corp. has not been represented by counsel and it did not have counsel enter an appearance by March 6, 2025, as directed. Doc. No. 79. Thus, the clerk is directed to enter a default against EZBanc Corp. and mail EZBanc a copy of this order.

IT IS SO ORDERED this 5th day of May, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE